# Court of Appeals
# of the State of Georgia

ATLANTA,  February 28, 2024  

*The Court of Appeals hereby passes the following order:*

**A23A1642.  THE EDGERRIN JAMES REV LIV TR/ EDGERRIN JAMES TTEE U/A v. CARLOS NEAL et al.**

In March 2022, the Edgerrin James REV LIV TR/Edgerrin James TTEE U/A ("the James Trust") filed a petition for writ of certiorari in superior court, seeking review of a judgment entered in state court. On August 26, 2022, the superior court dismissed the petition for writ of certiorari. The James Trust filed both a notice of appeal and a motion for new trial or judgment notwithstanding the verdict. On November 1, 2022, the superior court dismissed the motion for new trial, finding that the filing of the notice of appeal divested it of jurisdiction. On December 1, 2022, the James Trust filed a discretionary application in this Court, challenging the trial court's dismissal of its petition for writ of certiorari and motion for new trial, which this Court denied. See Case No. A23D0163 (Dec. 27, 2022). In this direct appeal, the James Trust again seeks to challenge the dismissal of its petition for writ of certiorari and motion for new trial.[1]

Our denial of the James Trust's discretionary application was a decision on the merits, and the doctrine of res judicata bars any subsequent appeals from the same trial

---

[1] The James Trust has filed several additional notices of appeal, but the only orders it challenges in its brief are the superior court's orders dismissing its petition for writ of certiorari and its motion for new trial. See *Low v. Swift*, 367 Ga. App. 874, 876 (889 SE2d 122) (2023) ("the proper appellate procedure is determined by the issue raised in the appeal").

court orders. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007). Because the James Trust already challenged the trial court's dismissal of its petition for writ of certiorari and motion for new trial in its discretionary application in Case No. A23D0163, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,___02/28/2024_____

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*